DANA JONATHON NITZ
NEVADA BAR NO. 50
CHAD A. HARRISON
NEVADA BAR NO. 13888
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:   702.228.7717
Facsimile:    702.228.8824
Email:         dnitz@selmanlaw.com
Email:         charrison@selmanlaw.com

Attorneys for Defendant INDIAN HARBOR
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD NICHOLAS, individually, | Case No. 2:20-cv-01934-GMN-BNW |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS ENTIRE MATTER** |
| INDIAN HARBOR INSURANCE COMPANY, a Foreign Corporation; DOE DEFENDANT I, an individual; DOES I-X, inclusive; ROE CORPORATIONS XI-XX, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff EDWARD NICHOLAS, by and through his attorney of record, Brian E. Lunt, Esq. of the law office of Edward M. Bernstein & Associates and Defendant INDIAN HARBOR INSURANCE COMPANY, by and through its attorney of record, Chad A. Harrison, Esq. of Selman Breitman LLP, that this matter is hereby dismissed, with prejudice, with each party to bear their own costs

///

///

///

1

and attorneys' fees.

| DATED this <u>28th</u> day of October, 2021 | DATED this ___ day of October, 2021 |
|---|---|
| SELMAN BREITMAN LLP | EDWARD M. BERNSTEIN & ASSOCIATES |
| /s/ Chad A. Harrison | *[signature]* |
| DANA JONATHON NITZ<br>NEVADA BAR NO. 50<br>CHAD A. HARRISON<br>NEVADA BAR NO. 13888<br>3993 Howard Hughes Parkway, Suite 200<br>Las Vegas, NV 89169-0961<br>Telephone: 702.228.7717<br>Facsimile:  702.228.8824 | BRIAN E. LUNT<br>NEVADA BAR NO. 11189<br>500 S. 4th St.<br>Las Vegas, Nevada 89101<br>O: (702) 471-5624<br>F: (702) 385-4640<br>blunt@edbernstein.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

## ORDER

Based on the stipulation between plaintiff Edward Nicholas and defendant Indian Harbor Insurance Company and good cause appearing, IT IS HEREBY ORDERED that the parties' stipulation [ECF No. <u>28</u>] is GRANTED. Nicholas' claims against Indian Harbor Insurance Company are DISMISSED with prejudice and with each party to bear its own fees and costs.

The Clerk of Court is directed to CLOSE THIS CASE.

**IT IS SO ORDERED.**

Dated this <u>1</u> day of November, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.1 of the Federal Rules of Civil Procedure, I hereby certify that on the 28th day of October 2021, a true and correct copy of the above and foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, was served on all CM/ECF registered parties by filing and serving the same using the CM/ECF filing system.

                                                  */s/ Crystal Martin*
                                                   CRYSTAL MARTIN
                                       An Employee of Selman Breitman LLP

6007 48509 4824-6981-5806 .v1